favorable to him). Certainly Deborah Kleppe would have been the best witness to testify as to whether Deborah Kleppe consented to the terms of the February 22 letter agreement. Her failure to appear before the court leads us to the conclusion that her testimony would have been adverse to that of her husband. Moreover, the Kleppe's failure to provide the best evidence, Deborah Kleppe's testimony, awakens further distrust and suspicion of Thomas Kleppe's testimony in regard to the February 22 letter.

In conclusion, we find that the contents of the February 22 letter, as well as the above mentioned circumstantial evidence, provide substantial evidence that Thomas Kleppe generally acted as the agent of the marriage for all property interests, including the profit splitting agreement, and that Deborah Kleppe consented to this arrangement. Therefore, we hold that the district court's finding that Deborah Kleppe consented and acquiesced to the terms of the February 22 letter agreement is not clearly erroneous. The order of the district court is

AFFIRMED.

Terry L. Redford, Thornton, David & Murray, Miami, Fla., for plaintiff-appellee.

Before TJOFLAT and JOHNSON, Circuit Judges, and BROWN *, Senior Circuit Judge.

PER CURIAM:

The appeal in this case is patently frivolous; moreover, the appellant knew that the appeal was frivolous when it was filed. The appeal is dismissed. On receipt of our mandate, the district court shall award the appellee any damages caused by the appeal, including a reasonable attorney's fee. The appellee is also awarded double costs. *See* Fed.R.App.P. 38; *Collins v. Amoco Production Company*, 706 F.2d 1114 (11th Cir.1983).

DISMISSED.

---

**Leyda HERNANDEZ, Plaintiff–Appellee,**

v.

**The HERTZ CORPORATION, Defendant–Third Party Plaintiff–Appellant,**

v.

**Alejandro HERNANDEZ, Third Party Defendant–Appellee.**

No. 88–5415.

United States Court of Appeals, Eleventh Circuit.

March 15, 1989.

Roland Gomez, Miami Lakes, Fla., for defendant-third party plaintiff-appellant.

---

**CINCINNATI INSURANCE COMPANY, Plaintiff–Appellant,**

v.

**Mack C. HOLBROOK, Glenna S. Holbrook, Mashburn Electric Company, Inc., Glen Curtis McWilliams, and C.B. McWilliams, Defendants–Appellees.**

No. 88–8188.

United States Court of Appeals, Eleventh Circuit.

March 15, 1989.

---

* Honorable John R. Brown, Senior U.S. Circuit Judge for the Fifth Circuit, sitting by designa-

tion.